

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00318-CR

BRANDI NICOLE WEST, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court
Ochiltree County, Texas
Trial Court No. 19,805, Honorable Earl McKinley, Presiding

January 6, 2014

## OPINION ON ABATEMENT AND REMAND

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Brandi Nicole West, filed notice of appeal from an order revoking her community supervision for the offense of driving while intoxicated—second, and sentence of 30 days incarceration in the Ochiltree County Jail. The appellate court clerk received and filed the trial court clerk's record on September 26, 2013. The official court reporter filed the reporter's record with the appellate court clerk on October 15. Consequently, appellant's brief was due to be filed on or before November 14. On November 21, this Court sent appellant notice that her brief was past due. In that letter,

this Court informed appellant that, if she failed to file her brief by December 2, the appeal would be abated and the cause remanded to the trial court without further notice. To date, appellant has not filed her brief nor responded to our November 21 correspondence.

Accordingly, we now abate this appeal and remand the cause to the trial court. *See* Tex. R. App. P. 38.8(b)(2). The clerk's record reflects that the trial court has appointed Bruce Roberson to represent appellant on appeal. Upon remand, we direct the trial court to take such steps as it finds necessary to determine: (1) whether appellant desires to prosecute this appeal; (2) if appellant desires to prosecute this appeal, whether appellant is indigent; (3) whether present counsel for appellant has abandoned the appeal; (4) if appellant desires to prosecute this appeal and is indigent, whether appellant's present counsel should be replaced; and (5) what orders, if any, should be entered to assure the filing of appropriate notices and documentation to dismiss appellant's appeal if appellant does not desire to prosecute this appeal or, if appellant desires to prosecute this appeal, to assure that the appeal will be diligently pursued. If the trial court determines that the present attorney for appellant should be replaced, the trial court should cause the Clerk of this Court to be furnished the name, address, and State Bar of Texas identification number of the newly-appointed or newly-retained attorney.

The trial court shall execute findings of fact and conclusions of law, and shall cause its findings, conclusions, and any necessary orders to be included in a supplemental clerk's record to be filed with the Clerk of this Court by February 6, 2014.

Appellant's brief shall be filed with the Clerk of this Court within thirty days of the date the supplemental record required by this order is filed.

.

Per Curiam

Do not publish.